## KAUFMANN DEPT. STORES, INC. *v.* UNITED STATES

No. 4665.—Invoice dated Mitchelstown, Ireland, March 7, 1938.
    Entered at Pittsburgh, Pa., March 29, 1938.
    Entry No. 918.

(Decided October 23, 1939)

*Tompkins & Tompkins* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Richard H. Welsh*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been submitted for decision upon stipulation of counsel for the parties hereto.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, is as follows:

4 shillings per dozen ¼ lb. portions packing included.

IT IS FURTHER STIPULATED AND AGREED that there was no higher foreign value for the merchandise herein at the time of exportation.

IT IS FURTHER STIPULATED AND AGREED that this case may be submitted on the foregoing stipulation.

In harmony with the stipulation, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is as set forth above. Judgment will be rendered accordingly.